**UNITED STATES of America,**
**Appellee,**

v.

**Arthur Schuyler ROSS, Appellant.**

No. 06–3633.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 26, 2008.

Filed: Oct. 27, 2008.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

---

PER CURIAM.

Arthur Ross appeals the district court's [1] order denying his motion for reconsideration. After careful review, *see Broadway v. Norris*, 193 F.3d 987, 989 (8th Cir.1999) (construing motion for reconsideration as Fed.R.Civ.P. 60(b) motion and reviewing for abuse of discretion), we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.